RECORD NO. 16-15105

# United States Court of Appeals for the Eleventh Circuit

**GARY THACKER AND VENIDA THACKER,**

*Plaintiffs-Appellants,*

v.

**TENNESSEE VALLEY AUTHORITY,**

*Defendant-Appellee.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA**

**No. 5:15-cv-1232-AKK**

**THE HONORABLE ABDUL K. KALLON**

## MOTION FOR LEAVE TO ADD ADDITIONAL COUNSEL FOR APPELLANTS

KENNETH B. COLE, JR.
Conchin, Cloud & Cole, LLC
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
Facsimile: (256) 705-7778
Email: kenny@conchincloudcole.com

GARY V. CONCHIN
Conchin, Cloud & Cole, LLC
2404 Commerce Court
Huntsville, AL 35801
Telephone: (256) 705-7777
Facsimile: (256) 705-7778
Email: gary@conchincloudcole.com

*Gary and Venida Thacker v. TVA*

No. 16-15105W

## Certificate of Interested Persons and Corporate Disclosure Statement

Pursuant to 11th Circuit Rule 26.1-1, Appellants Gary Thacker and Venida Thacker furnish a complete list of the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. Gary Thacker – Plaintiff/Appellant

2. Venida Thacker – Plaintiff/Appellant

3. Conchin, Cloud & Cole, LLC – Attorneys for Plaintiffs/Appellants

4. Kenneth B. Cole, Jr. – Attorney for Plaintiffs/Appellants

5. Gary V. Conchin – Attorney for Plaintiffs/Appellants

6. Tennessee Valley Authority – Defendant/Appellee

7. Edwin W. Small – Attorney for Defendant/Appellee

8. James S. Chase – Attorney for Defendant/Appellee

9. David D. Ayliffe – Attorney for Defendant/Appellee

10. Honorable Abdul K. Kallon – Presiding District Court Judge

11. Franklin Taylor Rouse – Attorney for Plaintiffs/ Appellants[1]

---

[1] Mr. Rouse is being added to Gary and Venida Thacker's initial Certificate of Interested Persons and Corporate Disclosure Statement.

# In the United States Court of Appeals for the Eleventh Circuit

Gary Thacker and Venida Thacker,

    *Plaintiffs/Appellants*,

v.                                                          Appeal Number 16-15105-W

Tennessee Valley Authority,

    *Defendant/Appellee.*

## Gary and Venida Thacker's Motion for Leave to Add Additional Counsel

Pursuant to General Order 36, Gary and Venida Thacker respectfully move for leave to add Franklin Taylor Rouse as additional counsel. In support, the Thackers show as follows:

1.    Mr. Rouse has been heavily involved in this case for more than two years. He is intimately familiar with the history of this case, served as co-counsel for the Thackers at the district court level, and was involved in the Thackers' submissions to this Honorable Court.

2.    Mr. Rouse applied for admission to the Eleventh Circuit at the time the Thackers instituted their appeal, but for reasons unknown, his application was not processed.

1

3.  Mr. Rouse re-applied for admission to the Eleventh Circuit when this case was set for oral argument, and he was recently admitted.

4.  Opposing counsel has been contacted and does not oppose this motion.

WHEREFORE, Gary and Venida Thacker respectfully request that Franklin Taylor Rouse be added as counsel in the above-captions case and that he be permitted to appear on their behalf.

Respectfully submitted, this the 10th day of March, 2017.

/s/ Kenneth B. Cole, Jr.
Kenneth B. Cole, Jr.
Attorney for Plaintiffs/Appellants

**Certificate of Service**

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to counsel for all other parties as indicated on the electronic filing receipt and listed below. Parties may access this filing through the Court's ECF system.

Edwin W. Small, Deputy General Counsel

2

James S. Chase, Senior Attorney
David D. Ayliffe, Senior Attorney
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239

                                                   /s/ Kenneth B. Cole, Jr.
                                                   Kenneth B. Cole, Jr.
                                                   Attorney for Plaintiffs/Appellants

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. **16-15105-W**

**Gary Thacker and Venida Thacker** vs. **Tennessee Valley Authority**

The Clerk will enter my appearance for these named parties: **Gary Thacker and Venida Thacker**

In this court these parties are:  ☒ appellant(s)    ☐ petitioner(s)    ☐ intervenor(s)
                                   ☐ appellee(s)     ☐ respondent(s)    ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: **Alabama**     State Bar No.: **ASB-8709-R53M**

Signature: _/s/ Franklin Taylor Rouse_

Name (type or print): **Franklin Taylor Rouse**     Phone: **256-705-7777**

Firm/Govt. Office: **Conchin, Cloud & Cole, LLC**     E-mail: **taylor@conchincloudcole.com**

Street Address: **2404 Commerce Court**     Fax: **256-705-7778**

City: **Huntsville**     State: **AL**     Zip: **35801**

12/07